IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03139-CMA-CBS

VANCE E. MARTIN,
    Plaintiff,
v.

ARISTEDES W. ZAVARAS,
    Defendant.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for a Preliminary Scheduling Conference on June 24, 2011.  Pursuant to Order of Reference dated March 8, 2011 (Doc. # 9), the case was referred to the Magistrate Judge.  At the Preliminary Scheduling Conference Mr. Martin clarified that he is suing Defendant Zavaras in his official capacity for injunctive relief only.  (*See* Courtroom Minutes/Minute Order (Doc. # 18)).  The court having reviewed the entire case file, the proceedings held on June 24, 2011, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that Tom Clements, Executive Director of the Colorado Department of Corrections, is hereby SUBSTITUTED for Defendant Zavaras.  The court will address service of the Complaint on Defendant Clements in a separate Order.

    DATED at Denver, Colorado this 24th day of June, 2011.

                                    BY THE COURT:

                                    s/ Craig B. Shaffer
                                    United States Magistrate Judge