IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03139-CMA-CBS

VANCE E. MARTIN,
    Plaintiff,
v.

TOM CLEMENTS,
    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 4 2011

GREGORY C. LANGHAM
                  CLERK

ORDER FOR SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Complaint (Doc. # 1) on the substituted Defendant, Tom Clements, Executive Director of the Colorado Department of Corrections, 2862 South Circle Drive, Colorado Springs, CO. 80906. It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Complaint (Doc. # 1) and summons upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, Defendant shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure.

    Dated at Denver, Colorado this 24TH day of June, 2011.

                                                       BY THE COURT:

                                                       s/Craig B. Shaffer
                                                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03139-CMA-CBS

Vance Martin
Prisoner No. 93605
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215- 0999

Tom Clements - WAIVER*
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Tom Clements: COMPLAINT FILED 12/27/10, ORDER FILED 2/11/01, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/24/11 .

              GREGORY C. LANGHAM, CLERK

              By:_____
                    Deputy Clerk