IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No. 10-cv-03139-RBJ-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 12, 2011 | Courtroom Deputy: Laura Galera |

*Parties:*　　　　　　　　　　　　　　　　　　　*Counsel:*

VANCE E. MARTIN,　　　　　　　　　　　　Pro Se (by telephone)

　　　　Plaintiff,

v.

TOM CLEMENTS,　　　　　　　　　　　　　James X. Quinn

　　　　Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC PRELIMINARY SCHEDULING CONFERENCE**
**Court in Session:     9:17 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's Motion for Preliminary Injunction and Brief in Support Doc.# (13).

Plaintiff makes an oral motion to withdraw Plaintiff's Motion for Preliminary Injunction and Brief in Support Doc.# (13).

**ORDERED:**  Plaintiff's Motion for Preliminary Injunction and Brief in Support Doc.# (13) is WITHDRAWN pursuant to Plaintiff's oral motion.

Discussion as to Motion to Dismiss Doc.# (23).

The court will address the Motion to Dismiss Doc.# (23) in the form of a recommendation.

**ORDERED:**  All proceedings in this matter are STAYED pending a ruling on the Motion to Dismiss Doc.# (23).

Hearing Concluded.

**Court in recess:**     **9:25 a.m.**
Total time in court:     00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.