IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-03139-RBJ-CBS

VANCE MARTIN,

    Plaintiff,

v.

TOM CLEMENTS,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 28, 2011 RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the November 28, 2011 Recommendations by Magistrate Judge Craig B. Shaffer that defendant Tom Clements' Motion to Dismiss, Doc. # 23, be granted and that all claims asserted by plaintiff against defendant Tom Clements in the Complaint be dismissed. Doc. # 1.  The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation.  Doc. # 22.  Despite this advisement, no objections to Magistrate Judge Shaffer's Recommendation were filed by either party.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those

findings").

The Court has reviewed all the relevant pleadings concerning defendant Tom Clements' Motion to Dismiss and the Recommendation. Based on this review, the Court concludes that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of The United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge, Doc. # 36, is AFFIRMED and ADOPTED. It is further ORDERED that defendant Tom Clements' Motion to Dismiss, Doc. # 23, be GRANTED and all claims asserted by plaintiff are DISMISSED WITH PREJUDICE.

DATED this 10th day of January, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge